

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2015

No. 04-14-00906-CV

David **MAUK**,
Appellant

v.

**PIPE CREEK WATER WELL, LLC** and Robert Rae Powell,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00386
Honorable Richard Price, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief was filed on February 19, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court